UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PAUL MILLER,
MACHINERY EQUIPMENT REBUILDERS,   :
US GEARBOX REPAIR,                                              Index No.:
                                                          :
           Plaintiffs,
                                                          :     **COMPLAINT**
        -v-
                                                          :
FRANK NICHOLAS,
NICK NICHOLAS,                                     :
ABRAHAM LEO,
TINA LEO,                                                 :
GERALD J. BROWN,
EASTERN TORQUE SERVICES,               :
HARD CHROME SOLUTIONS.
                                                          :
           Defendants,
-----------------------------------------------------------x

## INTRODUCTION

Plaintiffs, Paul Miller, Machinery Equipment Rebuilders and US Gearbox Repair (collectively "Plaintiffs"), by and through their undersigned counsel, file this Complaint against Defendants Frank Nicholas, Nick Nicholas, Abraham Leo, Tina Leo, Gerald J. Brown, Eastern Torque Services and Hard Chrome Solutions (collectively "Defendants") for violations of The Sherman Act; for Injunctive Relief and Civil Penalties in the industrial factory and commercial machinery repair services business.

1

## PARTIES

1. Plaintiff Paul Miller is an individual who resides in Staten Island, New York in County of Richmond, and is the rightful owner and operator of US Gear Box Repair and Machinery Equipment Rebuilders.

2. Plaintiff Machinery Equipment Rebuilders is a corporation with the address of 112 Industrial Loop, Unit #A, Staten Island, New York, 10309.

3. Plaintiff US Gear Box is a corporation with the address of 112 Industrial Loop, Unit #A, Staten Island, New York, 10309.

4. Defendant Frank Nicholas is the owner in-fact of Hard Chrome Solutions and Eastern Torque Services (Hereafter, "Defendant Companies") and conducts the "Defendant Companies" day to day operations. Frank Nicholas resides at 6 Fairway CT, Scotch Plains, New Jersey 10309.

5. Defendant Nick Nicholas is the biological brother of Frank Nicholas and based on information and belief is the operating manager of "Defendant Companies". Nick Nicholas's personal address is unknown at this time.

6. Defendant Abraham Leo, based on information and belief, is the operating manager of "Defendant Companies". Mr. Leo resides at 6 Fairway Court, Scotch Plains NJ 10309.

7. Based on information and belief, Defendant Tina Leo is the paper owner (nominee) of "Defendant Companies" and is the signatory on all books and papers.

8. Based on information and belief, Gerald J. Brown is employed by "Defendant Companies" to communicate threats of violence and intimidation on their behalf.

9. Based on information and belief, Defendant Eastern Torque Services is a New Jersey based company with addresses at 36 South Adamsville Road, Bridgewater, N.J. 08807, and is engaged in gear box and machinery equipment repairs.

10. Based on information and belief, Defendant Hard Chrome Solutions is a New Jersey based company with at 36 South Adamsville Road, Bridgewater, N.J. 08807, and is engaged in gear box and machinery equipment repairs.

## JURISDICTION AND VENUE

11. This court has subject matter jurisdiction under 28 U.S.C. § 1331 for claims arising under the Sherman Antitrust Act, 18 U.S.C. § 1.

12. Venue is proper in this District, pursuant to 28 U.S.C. § 1391 (b)(1), because substantial part of the events giving rise to events arose in this district and Plaintiffs are domiciled in this district.

13. The court has jurisdiction over the federal claim, under 28 U.S.C §§ 1331 and §§1337.

14. The Activities of defendants as described herein were within the flow of, were intended to, and did have substantial effect on the interstate commerce of the United States.

## VIOLATIONS ALLEGED

15. Competitive companies in the United States such as in the industrial factory and commercial machinery repair services market often compete to obtain new customers on the internet, social media, other means of advertisement and the word of mouth.

16. Solicitation of new jobs by any lawful means, work product and competitive pricing increases one's business opportunities in this as well as any other lawfully operated business industries.

17. Plaintiffs, Paul Miller, Machinery Equipment Rebuilders and US Gear Box Repair have been SUCCESSFULLY operating in the industrial factory and commercial machinery repair services market business since 2015.

18. Defendants, Frank Nicholas, Nick Nicholas, Abraham Leo, Tina Leo, Gerald J. Brown, Eastern Torque Services and Hard Chrome Solutions are a family operated enterprise in the industrial factory and commercial machinery repair services market.

19. Instead of competing with Plaintiffs the old-fashioned America way, Defendants collectively have devised a new scheme to "compete" with Plaintiffs by threats of violence and intimidation.

20. On or about January 17, 2020, at approximately 9:18pm, Frank Nicholas called Plaintiff on the phone and threatened Mr. Miller with violence, in sum and substance, threatening to bust his head if Mr. Miller will not remove his websites from the internet.

21. On or about January 17, 2020, at approximately 8:00pm, Defendant Nick Nicholas threatened Mr. Miller by telephone with bodily injury if Mr. Miller will not shot down his businesses. In the same conversation, Nick Nicholas threatened to rape Plaintiff's mother and wife. Said conversations were recorded by Mr. Miller.

22. On or about October 5, 2020, at approximately 1:00pm, Defendant Frank Nicholas placed an outgoing telephone call, to Plaintiff's family member, directed towards Paul Miller and in a recorded voice message threatened to blow Plaintiffs brains out.

23. Defendant Nick Nicholas on numerous occasions would call Plaintiff's phone and leave voice mails threatening to call the authorities on him and his companies and file false charges against Plaintiff and his family if Plaintiff did not shut down his business.

24. Defendants collectively, did not just stop at violent threats, but rather moved their illegal agenda through extortion, by demanding that plaintiff can only buy his safety for himself and his family if Plaintiff would pay defendants approximately $80,000.00.

25. Defendants collectively, would send fictitious "FBI" agents to plaintiff's residence, workplace, church, and leaving voice messages saying that they are part of the "FBI" and "will have the FBI on you so fast your ass will turn".

26. Not only have Defendants collectively treated Plaintiff with false criminal charges, but also hired people to hold themselves out to be FBI agents to scare and intimidate Plaintiff into closing his businesses.

27. Mr. Miller is in possession of other evidence of threats and intimidation and threatening recorded messages from Defendants that will be produced during the course of this litigation.

## PRAYER FOR RELIEF

A) Plaintiff Requests that the court adjudge and decree that the defendants do not engage in practices that violate the Anti-Trust laws with unreasonable restraint of trade or commerce by use of threats or violence.

B) The Court adjudge and decree that defendants conduct, conspiracy, or combination constitutes a violation of the Anti-Trust laws with unreasonable restraint of trade or commerce by use of threats or violence.

C) The defendants be permanently enjoined and restrained from further any similar acts unreasonably restricting competition.

D) That Plaintiff be awarded civil penalties, in an amount to be determined by the Court.

E) That Plaintiff be awarded such other relief as the court may deem just and proper to redress and prevent recurrence of the alleged violation.

## JURY TRIAL DEMANDED

F) Pursuant to Rule 38 (b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury for all issues so triable.

Dated: October 28, 2020
Kew Gardens, New York

Respectfully submitted,

_____/s/_____
Albert Y. Dayan, Esq. (AYD-5222)
Attorney at Law for Plaintiffs
80-02 Kew Gardens Road, Suite 902
Kew Gardens, New York 11415
(718) 268-9400
dayanlaw@aol.com