UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
PAUL MILLER, MACHINERY EQUIP.
REBUILDERS, US GEARBOX REPAIR,

                Plaintiffs,                                 JUDGMENT
                                                              20-CV-5230 (WFK)(SJB)

                -against-

FRANK NICHOLAS, NICK NICHOLAS,
ABRAHAM LEO, TINA LEO, GERALD J.
BROWN, EASTERN TORQUE SERVICES,
HARD CHROME SOLUTIONS,

                Defendants.
------------------------------------------------------------ X

A Decision and Order of Honorable William F. Kuntz, II, United States District Judge,

having been filed on November 3, 2021, denying Defendants' motion for sanctions; granting

Defendants' motion to dismiss; it is

ORDERED and ADJUDGED that Defendants' motion for sanctions is denied; that

Defendants' motion to dismiss is granted; and that to the extent Plaintiffs have requested leave to

amend the Complaint, that application is denied.

Dated: Brooklyn, NY                              Douglas C. Palmer
        November 5, 2021                      Clerk of Court


                                          By: */s/Jalitza Poveda*
                                                Deputy Clerk